UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JAMES L HARRELL, Jr. § Case No. 14-28666
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 232,952.00 *(Without deducting any secured claims)* | Assets Exempt: 16,867.00 |
| Total Distributions to Claimants: 2,582.63 | Claims Discharged Without Payment: 381,396.01 |
| Total Expenses of Administration: 8,117.37 | |

3) Total gross receipts of $ 10,700.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,700.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 348,901.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,117.37 | 8,117.37 | 8,117.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,662.00 | 41,620.21 | 41,620.21 | 2,582.63 |
| **TOTAL DISBURSEMENTS** | $ 363,563.00 | $ 49,737.58 | $ 49,737.58 | $ 10,700.00 |

4) This case was originally filed under chapter 7 on 08/05/2014 . The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2016            By: /s/BARRY A. CHATZ
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1901-03 East 74th Street, Chicago IL 60649 (6 unit) | 1122-000 | 10,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,700.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Waste Service 1330 Gasket Drive Elgin, IL 60120 | | 0.00 | NA | NA | 0.00 |
| | Cook County Clerk Real Estate and Tax Services 118 N. Clark St. Room 434 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Water Dept City Hall 121 N LaSalle Street Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Great Lakes Bank 13057 Western Ave Blue Island, IL 60406 | | 200,000.00 | NA | NA | 0.00 |
| | Select Portfolio Servicing Po Box 65250 Salt Lake City, UT 84165 | | 116,902.00 | NA | NA | 0.00 |
| | South Central Bank & T 525 W Roosevelt Rd Chicago, IL 60607 | | 16,111.00 | NA | NA | 0.00 |
| | Wfs Financial/Wachovia Dealer Srvs Po Box 3569 Rancho Cucamonga, CA 91729 | | 15,888.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 348,901.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,820.00 | 1,820.00 | 1,820.00 |
| BARRY A. CHATZ | 2200-000 | NA | 82.37 | 82.37 | 82.37 |
| The Bank of New York Mellon | 2600-000 | NA | 23.00 | 23.00 | 23.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGORY K. STERN, P.C. | 3210-000 | NA | 6,192.00 | 6,192.00 | 6,192.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,117.37 | $ 8,117.37 | $ 8,117.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americollect Attn: Bankruptcy Po Box 1566 Manitowoc, WI 54221 | | 2,796.00 | NA | NA | 0.00 |
| | Americollect Attn: Bankruptcy Po Box 1566 Manitowoc, WI 54221 | | 1,993.00 | NA | NA | 0.00 |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | 211.00 | NA | NA | 0.00 |
| | Commonwealth Edison Co. C/O Monica Merino 3 Lincoln Centre Villa Park, IL 60181 | | 9,000.00 | NA | NA | 0.00 |
| | JCPenney Card PO Box 981131 El Paso, TX 79998 | | 10.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr San Diego, CA 92123 | | 112.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 376.00 | NA | NA | 0.00 |
| | Stellar Rec 1327 Highway 2 Wes Kalispell, MT 59901 | | 164.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 112.11 | 112.11 | 14.18 |
| 1 | COMMONWEALTH EDISON CO | 7100-000 | NA | 21,204.57 | 21,204.57 | 0.00 |
| 2 | COMMONWEALTH EDISON CO | 7100-000 | NA | 20,303.53 | 20,303.53 | 2,568.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,662.00 | $ 41,620.21 | $ 41,620.21 | $ 2,582.63 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-28666 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | JAMES L HARRELL, Jr. | | | | Date Filed (f) or Converted (c): | 08/05/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2014 |
| For Period Ending: | 11/25/2016 | | | | Claims Bar Date: | 09/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1901-03 East 74th Street, Chicago IL 60649 (6 unit) | 150,000.00 | 0.00 | OA | 10,700.00 | FA |
| 2. 10101 South Olgesby Avenue, Chicago IL 60617 | 82,064.00 | 8,975.00 | | 0.00 | FA |
| 3. Financial Accounts - MB Financial Account | 10.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts - US Bank Account | 10.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts - Great Lakes Bank Account | 10.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles - 2012 Jeep Liberty | 16,425.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                $249,819.00            $8,975.00            $10,700.00            $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RENTS RECEIVED BY DEBTOR AFTER FILING OF CASE TURNED OVER TO TRUSTEE AS ASSETS OF ESTATE; ALL ASSETS ADMINISTERED; TRUSTEE TO CONDUCT CLAIMS REVIEW AND PREPARE TFR IN 3RD QUARTER 2015.

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28666 | Trustee Name: BARRY A. CHATZ |
| Case Name: JAMES L HARRELL, Jr. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0698 |
| | Checking |
| Taxpayer ID No: XX-XXX1805 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9690 | Transfer of Funds | 9999-000 | $8,952.00 | | $8,952.00 |
| 09/04/15 | 1 | VERONICA KENT<br>1901 E. 74TH STREET<br>CHICAGO, IL 60649-3114 | LIQUIDATION OF OTHER ASSET | 1122-000 | $575.00 | | $9,527.00 |
| 09/04/15 | 1 | VERONICA KENT<br>1901 E. 74TH STREET<br>CHICAGO, IL 60649-3114 | LIQUIDATION OF OTHER ASSET | 1122-000 | $575.00 | | $10,102.00 |
| 09/04/15 | 1 | VERONICA KENT<br>1901 E. 74TH STREET<br>CHICAGO, IL 60649-3114 | LIQUIDATION OF OTHER ASSET | 1122-000 | $575.00 | | $10,677.00 |
| 05/31/16 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $1,902.37 | $8,774.63 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($1,820.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($82.37) | 2200-000 | | | |
| 05/31/16 | 400002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $6,192.00 | $2,582.63 |
| 05/31/16 | 400003 | COMMONWEALTH EDISON CO<br>3 LINCOLN CENTER<br>ATTN: BANKRUPTCY SECTION<br>OAKBROOK TERRANCE, IL 60181 | (2-1) MODIFIED ON 9/9/2014 TO | 7100-000 | | $2,568.45 | $14.18 |
| 05/31/16 | 400004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Final distribution to claim 3 representing a payment of 12.65 % per court order. | 7100-000 | | $14.18 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,677.00 | $10,677.00 |
| Less: Bank Transfers/CD's | $8,952.00 | $0.00 |
| Page Subtotals: | $10,677.00 | $10,677.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

|  | Subtotal | $1,725.00 | $10,677.00 |
|---|---|---|---|
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $1,725.00 | $10,677.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 14-28666 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | JAMES L HARRELL, Jr. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9690 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1805 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/15 | 1 | J. L. HARRELL JR.<br>10101 S OGLESBY AVE.<br>CHICAGO, IL 60617 | ACCOUNT RECEIVABLE | 1122-000 | $1,200.00 | | $1,200.00 |
| 04/06/15 | 1 | J.L. HARRELL, JR.<br>10101 S OGLESBY AVENUE<br>CHICAGO, IL 60617 | ACCOUNT RECEIVABLE | 1122-000 | $400.00 | | $1,600.00 |
| 04/06/15 | | JAMES L. HARRELL<br>10101 S OGLESBY<br>CHICAGO, IL 60617-5628 | ACCOUNT RECEIVABLE | 1122-000 | $0.00 | | $1,600.00 |
| 04/06/15 | | JAMES L. HARRELL<br>10101 S OGLESBY<br>CHICAGO, IL 60617-5628 | ACCOUNT RECEIVABLE<br>Reversal<br>NO AMOUNT FILLED IN | 1122-000 | $0.00 | | $1,600.00 |
| 04/06/15 | 1 | JAMES L. HARRELL<br>10101 S. OGLESBY<br>CHICAGO, IL 60617-5628 | ACCOUNT RECEIVABLE | 1122-000 | $2,000.00 | | $3,600.00 |
| 04/06/15 | 1 | J. L. HARRELL JR.<br>10101 S. OGLESBY AVENUE<br>CHICAGO, IL 60617 | ACCOUNT RECEIVABLE | 1122-000 | $575.00 | | $4,175.00 |
| 04/06/15 | 1 | VERONICA KENT<br>19091 E. 74TH STREET<br>CHICAGO, IL 60649-3114 | ACCOUNT RECEIVABLE | 1122-000 | $575.00 | | $4,750.00 |
| 04/06/15 | 1 | Veronica Kent<br>1901 E. 74th Street<br>Chicago, IL 60649-3114 | ACCOUNT RECEIVABLE | 1122-000 | $575.00 | | $5,325.00 |
| 04/06/15 | 1 | Cheryl A. Russell<br>1903 E. 74th Street<br>Chicago, IL 60649-3114 | ACCOUNT RECEIVABLE | 1122-000 | $625.00 | | $5,950.00 |
| 04/06/15 | 1 | Cheryl A. Russeell<br>1903 E. 74th Street<br>Chicago, IL 60649 | ACCOUNT RECEIVABLE | 1122-000 | $625.00 | | $6,575.00 |
| 04/06/15 | 1 | Cheryl A. Russell<br>1903 E. 74th Street<br>Chicago, IL 60649-3114 | ACCOUNT RECEIVABLE | 1122-000 | $625.00 | | $7,200.00 |
| 04/06/15 | 1 | James L. Harrell, Jr.<br>7149 Pullman | ACCOUNT RECEIVABLE | 1122-000 | $1,200.00 | | $8,400.00 |

Page Subtotals: $8,400.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28666 | Trustee Name: BARRY A. CHATZ |
| Case Name: JAMES L HARRELL, Jr. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9690 |
| | Checking |
| Taxpayer ID No: XX-XXX1805 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,390.00 |
| 05/11/15 | 1 | JAMES HARRELL | LIQUIDATION OF OTHER ASSET | 1122-000 | $575.00 | | $8,965.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.00 | $8,952.00 |
| 08/21/15 | | Transfer to Acct # xxxxxx0698 | Transfer of Funds | 9999-000 | | $8,952.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,975.00 | $8,975.00 |
| Less: Bank Transfers/CD's | $0.00 | $8,952.00 |
| Subtotal | $8,975.00 | $23.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,975.00 | $23.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $575.00 $8,975.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0698 - Checking | $1,725.00 | $10,677.00 | $0.00 |
| XXXXXX9690 - Checking | $8,975.00 | $23.00 | $0.00 |
| | $10,700.00 | $10,700.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,700.00 |
| Total Gross Receipts: | $10,700.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*